# MISCELLANEOUS SUPREME COURT DISPOSITIONS

### ( P3d )

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### February 20, 2014

State v. Fink (S061910). Alternative writ of mandamus issued.

## BALLOT TITLES CERTIFIED

### February 28, 2014

Harmon v. Rosenblum (S061930). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 36 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

Towers/Harmon v. Rosenblum (S061928/29). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 35 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.